UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ONDREA ROCES and SOPHIA AHMED, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NEIMAN MARCUS GROUP, LTD, LLC; and THE NEIMAN MARCUS GROUP, LLC,<br><br>Defendants. | **CASE NO. 4:18-cv-00221-YGR**<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE AND CLOSING CASE** |

Pursuant to the Stipulation between the Parties, and in accordance with Federal Rule of Civil Procedure 41, the Court orders as follows:

1. The entire action is dismissed with prejudice.

2. Each party shall bear its own costs and fees.

3. In the *Attia* settlement, Plaintiffs shall be treated as class members eligible to receive the full benefits offered under the settlement (i.e., they will not be treated as having released their claims for purposes of determining eligibility to receive benefits from the *Attia* settlement).

///

4. The Court directs the clerk to close this case.

**IT IS SO ORDERED.**

Dated: _____April 2_____, 2019

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge